**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MASDA E. RODRIGUEZ,

                Plaintiff,                    20 **CIVIL** 5268 (LJL)

      -v-                                  **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 27, 2022, Plaintiff's motion is GRANTED, and Defendant's cross-motion is DENIED. This case is hereby remanded for further proceedings consistent with the Opinion.

**Dated:**  New York, New York
           July 27, 2022

                                                        **RUBY J. KRAJICK**

                                                          **Clerk of Court**
                        **BY:**        *K. Mango*

                                                          **Deputy Clerk**